442 A.2d 342

Commonwealth v. Downing, Appellant.

Argued April 15, 1981. Raymond H. Bogaty, for appellant; Herman M. Rogers, for appellee.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

The judgment of sentence dated April 1, 1980 is affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.

442 A.2d 342

Commonwealth v. Mortimer, Appellant.
Petition for Allowance of Appeal Denied May 3, 1982.

Argued April 15, 1981. J. Ronald Kushner, for appellant; William G. Martin, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

Judgment of sentence is affirmed on the comprehensive opinion of Judge Breene.

SHERTZ, J., did not participate in the consideration or decision of this case.